UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAKEITH ANTOINE BROOKS,

    Plaintiff,

v.                                  Case No.  8:22-cv-749-WFJ-AEP

GRACEVILLE CORRECTIONAL
FACILITY,

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court on a handwritten letter filed by Plaintiff Rakeith Antoine Jones. (Doc. 1).  In the letter, Plaintiff describes being attacked and extorted by a prison gang at Graceville Correctional Institution in Graceville, Florida, and states, among other things, that he fears for his life, but has been denied protection by prison authorities.

Due to the nature of Plaintiff's allegations and the fact that the allegations relate to Graceville CI, it is **ORDERED** that the Clerk of Court shall **IMMEDIATELY** transfer this case to the United States District Court for the Northern District of Florida for all further proceedings.[1]

---

[1] *See* 28 U.S.C. § 1391(b)(2) ("A civil action may be brought in-- . . . (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred[.]");

**DONE** and **ORDERED** in Tampa, Florida on April 1, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

---

*id.* § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]").